UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:07-cr-244-J-20MCR

JOHNNY LEE JACKSON, Jr.
_____/

## ORDER

The matter is before this Court on Defendant's "Unopposed Motion to Dismiss Amendment 750 Proceedings Without Prejudice" (Dkt. 165).

Accordingly, it is **ORDERED**:

1. Defendant's "Unopposed Motion to Dismiss Amendment 750 Proceedings Without Prejudice" (Dkt. 165) is **GRANTED**; and

2. This Court's *sua sponte* Order (Dkt. 160) is dismissed without prejudice.

**DONE AND ENTERED** at Jacksonville, Florida, this 31st day of January, 2012.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Rosemary Cakmis, Esq.
Patricia Barksdale, Esq.